**STATE of Missouri, Respondent,**

v.

**Todd COFFMAN, Appellant.**

**ED 104676**

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: November 14, 2017

Samuel E. Buffaloe, 1000W Nifong, Bdg. 7, Suite 100, Columbia, MO 65203, for appellant.

Joshua D. Hawley, Karen L. Kramer, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Gary M. Gaertner, Jr., P.J., Robert M. Clayton III, J., and Angela T. Quigless, J.

## ORDER

PER CURIAM.

Todd Coffman appeals the trial court's judgment upon a jury's verdict finding Defendant guilty of one count of statutory sodomy in the first degree, one count of child molestation in the first degree, and two counts of statutory rape in the second degree. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2017).